1  Roger L. Grandgenett II, Esq.
   NV Bar No. 6323
2  Kelsey E. Stegall, Esq.
   NV Bar No. 14279
3  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
4  Suite 300
   Las Vegas, Nevada  89169.5937
5  Tel:  702.862.8800
   rgrandgenett@littler.com
6  kstegall@littler.com

7  Attorneys for Defendant
   TATA CONSULTANCY SERVICES LIMITED
8

9                      UNITED STATES DISTRICT COURT
                            DISTRICT OF NEVADA
10

11 SELVA KUMAR,                                 Case No. 2:24-cv-02256-CDS-EJY

12         Plaintiff,                           **STIPULATION TO EXTEND TIME FOR
                                                DEFENDANT TO FILE A RESPONSIVE
   v.                                           PLEADING TO PLAINTIFF'S
13                                              COMPLAINT**
   TATA CONSULTANCY SERVICES
14 LIMITED,                                     **(FIRST REQUEST)**

15         Defendant.

16

17         Plaintiff SELVA KUMAR ("Plaintiff") and Defendant TATA CONSULTANCY SERVICES

18 LIMITED ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to

19 extend the time for Defendant to file a response to the Complaint from the current deadline of January

20 2, 2025, up to and including **January 23, 2025.**

21         The requested extension is necessary in light of the fact that Defendant's counsel was recently

22 retained and to account for the upcoming holidays.  The additional time will allow defense counsel to

23 conduct an investigation into the allegations and to prepare a response to the Complaint.

24 / / /

25 / / /

26 / / /

27

28

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: December 19, 2024

Respectfully submitted,

*/s/ Guinness Ohazuruike*
GUINNESS OHAZURUIKE, ESQ.
GUINNESS LAW FIRM

*Attorney for Plaintiff*
SELVA KUMAR

Dated: December 19, 2024

Respectfully submitted,

ROGER GRANDGENETT, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendant*
TATA CONSULTANCY SERVICES LIMITED

**IT IS SO ORDERED.**

Dated: December 19, 2024

_____
UNITED STATES MAGISTRATE JUDGE

4900-0619-4184.1 / 123733-1013