Roger L. Grandgenett II, Esq.
NV Bar No. 6323
Kelsey E. Stegall, Esq.
NV Bar No. 14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada  89169.5937
Tel:  702.862.8800
rgrandgenett@littler.com
kstegall@littler.com

Attorneys for Defendant
TATA CONSULTANCY SERVICES LIMITED

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SELVA KUMAR,<br><br>               Plaintiff,<br><br>v.<br><br>TATA CONSULTANCY SERVICES LIMITED,<br><br>               Defendant. | Case No. 2:24-cv-02256-CDS-EJY<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff SELVA KUMAR ("Plaintiff") and Defendant TATA CONSULTANCY SERVICES LIMITED ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the First Amended Complaint from the current deadline of February 19, 2025, up to and including **February 26, 2025.**

The requested extension is necessary in light of the fact that new allegations were added to the Amended Complaint, and Defendant needs additional time to evaluate the allegations.  The additional time will also allow Defendant and to prepare an appropriate response to the Amended Complaint.

/ / /

/ / /

/ / /

1   This is the first request for an extension of time to respond to the First Amended Complaint.

2   This request is made in good faith and not for the purpose of delay.

Dated: February 12, 2025

Respectfully submitted,

*/s/ Guinness Ohazuruike*
GUINNESS OHAZURUIKE, ESQ.
GUINNESS LAW FIRM

*Attorney for Plaintiff*
SELVA KUMAR

Dated:  February 12, 2025

Respectfully submitted,

ROGER GRANDGENETT, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendant*
TATA CONSULTANCY SERVICES LIMITED

**IT IS SO ORDERED.**

_____
U.S. MAGISTRATE JUDGE

Dated:  February 12, 2025