# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Selva Kumar, | Case No.: 2:24-cv-02256-CDS-EJY |
| Plaintiff | Order Denying as Moot Defendant's Motion to Dismiss or, in the alternative, Motion to Compel Arbitration |
| v. | |
| Tata Consultancy Services Limited, | |
| Defendant | [ECF Nos. 9, 11] |

Plaintiff Selva Kumar filed a first amended complaint on February 5, 2025. ECF No. 13. Because an amended complaint supersedes the original complaint in its entirety, defendant Tata Consultancy Services Limited's motion to dismiss or, in the alternative, motion to compel arbitration **[ECF No. 9]** targeting the original pleading is deemed moot. *Ramirez v. Cnty. of San Bernadino*, 806 F.3d 1002, 1009 (9th Cir. 2015). Further, because Tata has filed a motion to compel arbitration (ECF No. 18), its motion to dismiss or, in the alternative, motion to compel arbitration **[ECF No. 11] is also denied as moot**.

Dated: March 5, 2025

_____
Cristina D. Silva
United States District Judge