Roger L. Grandgenett II, Esq.
NV Bar No. 6323
Kelsey E. Stegall, Esq.
NV Bar No. 14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Tel: 702.862.8800
rgrandgenett@littler.com
kstegall@littler.com

Attorneys for Defendant
TATA CONSULTANCY SERVICES LIMITED

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SELVA KUMA,<br><br>  Plaintiff<br><br>v.<br><br>TATA CONSULTANCY SERVICES LIMITED,<br><br>  Defendant | Case No. 2:24-cv-02256-CDS-EJY<br><br>**Oder Approving STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE A REPLY IN SUPPORT OF ITS MOTION TO COMPEL ARBITRATION**<br><br>(FIRST REQUEST)<br><br>[ECF No. 22] |

Plaintiff SELVA KUMAR ("Plaintiff") and Defendant TATA CONSULTANCY SERVICES LIMITED ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file its Reply in Support of the Motion to Compel Arbitration from the current deadline of March 18, 2025, up to and including **March 25, 2025.**

The requested extension is necessary in light of the fact that Defendant's counsel has competing deadlines and will need additional time beyond the one-week provided to file replies.

///

///

///

LITTLER MENDELSON, P.C.
3960 Howard Hughes Pkwy
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

4928-0949-0985 / 123733.1013

1  This is the first request for an extension of time for Defendant to file its Reply in Support of
2  the Motion to Compel Arbitration. This request is made in good faith and not for the purpose of
3  delay.

Dated: March 17, 2025

Respectfully submitted,

/s/ Guinness Ohazuruike
GUINNESS OHAZURUIKE, ESQ.
GUINNESS LAW FIRM

*Attorney for Plaintiff*
SELVA KUMAR

Dated: March 17, 2025

Respectfully submitted,

ROGER GRANDGENETT, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendant*
TATA CONSULTANCY SERVICES LIMITED

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: March 18, 2025

LITTLER MENDELSON, P.C.
3960 Howard Hughes Pkwy
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

2

4928-0949-0985 / 123733.1013