UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Selva Kumar,<br>Plaintiff<br>v.<br>Tata Consultancy Services Limited,<br>Defendant | Case No. 2:24-cv-02256-CDS-EJY<br>**Order Directing Parties to File a Joint Status Report** |

In September 2025, I granted the defendant's motion to compel arbitration, stayed this action, and ordered the parties to promptly submit the matter to arbitration in accordance with Tata Consultancy Services' mutual agreement to arbitrate claims. ECF No. 27. I further ordered the parties to file a joint status report by July 23, 2026, or within fourteen days of the arbitrator's decision, whichever occurred first. *Id.* at 9. That deadline passed without the parties filing a joint status report. It is therefore ordered that a joint status report addressing arbitration must be filed by August 24, 2026.

Dated: August 10, 2026

Cristina D. Silva
United States District Judge